Bhagavan ANTLE, d/b/a The Institute for Greatly Endangered and Rare Species (T.I.G.E.R.S.), Plaintiff—Appellant,

v.

Mike JOHANNS, Secretary of Agriculture of the United States of America, Defendant—Appellee.

Bhagavan Antle, d/b/a The Institute for Greatly Endangered and Rare Species (T.I.G.E.R.S.), Plaintiff—Appellant,

v.

Mike Johanns, Secretary of Agriculture of the United States of America, Defendant—Appellee.

Nos. 07–1396, 07–1557.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 30, 2008.

Decided: Feb. 12, 2008.

Raymond C. Fischer, William S. Duncan, Duncan, Crosby & Maring, LLC, Georgetown, South Carolina, for Appellant. Reginald I. Lloyd, United States Attorney, Jimmie Ewing, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bhagavan Antle appeals the district court's orders denying his motions for preliminary injunction and summary judgment and granting Appellee's motion for summary judgment in his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Antle v. Johanns,* No. 4:06–cv–01008–TLW (D.S.C. Mar. 1 & June 6, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*